UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

U.S. BANK, N.A., ND,              )
                                  )
            Plaintiff,            )
                                  )
        vs.                       )        No. 4:06-CV-703 (CEJ)
                                  )
JAMES O. QUICK, et al.,           )
                                  )
            Defendants.           )

## ORDER

The complaint in this action was filed on April 28, 2006. According to the Court's record, the complaint has not been served upon defendants James O. Quick and Tammy L. Quick and more than 120 days have elapsed since the complaint was filed.

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), plaintiff shall, not later than **September 15, 2006**, show cause in writing why this action should not be dismissed without prejudice as to defendants James O. Quick and Tammy L. Quick for lack of timely service.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2006.