```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
      EASTERN DIVISION
```

| | |
|---|---|
| U.S. BANK, N.A., ND, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:06-CV-703 (CEJ) |
| JAMES O. QUICK, et al., | ) |
| Defendants. | ) |

## ORDER

This case was filed on April 28, 2006. The record shows that defendants James O. Quick and Tammy L. Quick signed waivers of service on May 22, 2006. Under Rule 12(a)(1)(B), Fed.R.Civ.P., defendants were required to file an answer or other responsive pleading within sixty days of being served with the complaint. Because the defendants have failed to do so,

**IT IS HEREBY ORDERED** that plaintiff shall, not later than **October 10, 2006**, file appropriate motions for entry of default and for default judgment against defendants James O. Quick and Tammy L. Quick, supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com