```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

U.S. BANK, N.A., ND,              )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )      No. 4:06-CV-703 (CEJ)
                                  )
JAMES O. QUICK, et al.,           )
                                  )
            Defendants.           )
```

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss defendant Meramec Regional Development Corporation from this action, with prejudice, [#18] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2006.