UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

U.S. BANK N.A. ND,                    )
                                      )
            Plaintiff,                )
                                      )
        v.                            )   No. 4:06CV0703(CEJ)
                                      )
JAMES O. QUICK, et al.,               )
                                      )
            Defendants.               )


### ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference in

this matter is continued to **Thursday, February 1, 2007 at 9:30 A.M.**

**The conference will be via telephone.**


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2007.